McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California 95814
Telephone: (916) 554-2790


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:08-CR-0176 FCD |
| ) | |
| Plaintiff, ) | ORDER REFERRING DEFENDANT TO |
| ) | BUREAU OF PRISONS FOR MENTAL |
| v. ) | EXAMINATION PURSUANT TO 18 U.S.C. |
| ) | §§ 4241(a), 4247(b) and (c) |
| ROE LUND FORSYTHE, ) | |
| ) | DATE:    June 23, 2008 |
| Defendant. ) | TIME:    9:00 a.m. |
| _____ ) | COURT:   Hon. Frank C. Damrell, Jr. |

At the request of the parties, this matter was placed on the calendar for status conference on June 23, 2008.  Assistant U.S. Attorney William S. Wong appeared on behalf of the government.  The defendant appeared, in custody, with his attorney, J. Toney.  The parties moved for a hearing to determine the defendant's mental competency, pursuant to 18 U.S.C. § 4241(a), and moved that the defendant be referred to the Bureau of Prisons for a mental examination and report, pursuant to 18 U.S.C. § 4241(b).  The prosecutor made a proffer supporting that motion.  Defense counsel also made a proffer in support of the motion.  The Court found there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the

proceedings against him or to assist properly in his defense.  It is therefore ordered as follows:

1.  Pursuant to 18 U.S.C. § 4241(b), the defendant is referred to the Bureau of Prisons for a psychiatric or psychological examination and report in accordance with the provisions of 18 U.S.C. § 4247(b) and (c) to assist the Court in determining the defendant's mental competence.

Under 18 U.S.C. § 4247(b), the psychiatric or psychological examination shall be completed by a licensed or certified psychiatrist or psychologist.  The examining psychiatrist or psychologist shall prepare a report which shall be submitted to the Court with copies to the attorney for the government and the attorney for the defendant, as follows:

Attorney for the government:
William S. Wong
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, CA  95814
(916) 554-2790

Attorney for the defendant:
J. Toney
Attorney at Law
P.O. Box 1515
Woodland, CA 95776
(530) 666-1908

The report shall include the following information:

(1) the defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and

(A) whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2

2.   A status conference is scheduled for Monday, September 8, 2008, at 10:00 a.m., to check on the progress of the above referral.

3.   Time is excluded from the Speedy Trial Act calculation for the delay resulting from the proceedings, including the examination, to determine the defendant's mental competency, pursuant to 18 U.S.C. § 3161(h)(1)(A) and Local Code A.

4.   The Clerk of the Court shall serve a copy of this order on the United States Marshal, who shall immediately coordinate with the Bureau of Prisons to effectuate the defendant's transfer to an appropriate facility as soon as possible.   The Clerk of the Court shall also serve a copy of this order on the Bureau of Prisons.

IT IS SO ORDERED.

DATED: June 24, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3