J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Roe Forsythe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. No. 08-0176 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| ROE FORSYTHE | ) (Sept. 29, 2008 before Judge |
| | ) Damrell) |
| | ) |
| Defendant, | ) |
| _____ | ) |

Because a report has not yet been received from the Bureau of Prisons concerning the Defendant's mental status, it is STIPULATED that the status conference be continued to September 29, 2008 at 10:00 AM with time excluded to that date pursuant to USC Section 3161 (h) (1) (A) and the parties request the Court so order.

Dated September 5, 2008

```
      /s/ WILLIAM WONG                    /S/ J TONEY
        William Wong                        J. Toney
    Assistant U.S. Attorney          Attorney for Defendant
```

SO ORDERED:

Dated September 5, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1