```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Roe Forsythe
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 08-0176 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS |
| ) | CONFERENCE. |
| ROE FORSYTHE ) | |
| ) | |
| ) | |
| Defendant, ) | |
| _____) | |

Because a report has not yet been received from the Bureau of Prisons concerning the Defendant's mental status, it is STIPULATED that the status conference be continued to October 27, 2008 at 10:00 AM with time excluded to that date pursuant to USC Section 3161 (h) (1) (A) and the parties request the Court so order.

Dated September 25, 2008

```
     /s/ WILLIAM WONG                /S/ J TONEY
       William Wong                    J. Toney
   Assistant U.S. Attorney        Attorney for Defendant
```

SO ORDERED:

Dated September 26, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1