1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Roe Forsythe
6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           )
                                        )CR. No. 08-176 FCD
10         Plaintiff,                   )
                                        )STIPULATION AND ORDER
11    v.                                )CONTINUING STATUS CONFERENCE
                                        )
12 ROE FORSYTHE                         )
                                        )
13                                      )
           Defendant,                   )
14 _____)

15

16     Because a report has not yet been received from the Bureau of

17 Prisons concerning the Defendant's mental status, it is STIPULATED

18 that the status conference be continued to November 24, 2008 at

19 10:00 AM with time excluded to that date pursuant to USC Section

20 3161 (h) (1) (A) and the parties request the Court so order.

   Dated October 22, 2008
21

22      /s/ WILLIAM WONG                /S/ J TONEY
           William Wong                   J. Toney
23     Assistant U.S. Attorney         Attorney for Defendant

24
   SO ORDERED:
25
   Dated October 22, 2008
26
                                       _____
27                                     FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE
28