J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Roe Forsythe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. S-08-176 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| ROE FORSYTHE | ) |
| | ) |
| | ) |
| Defendant, | ) |
| _____ | ) |

Because a report has not yet been received from the Bureau of Prisons concerning the Defendant's mental status, and because the Defendant has not yet been returned to Sacramento, it is STIPULATED between the parties that the status conference be continued to January 6, 2009 at 10:00 AM with time excluded to that date pursuant to USC Section 3161 (h) (1) (A) and the parties request the Court so order.

Dated November 20, 2008

    /s/ WILLIAM WONG                    /S/ J TONEY
       William Wong                       J. Toney
  Assistant U.S. Attorney         Attorney for Defendant

**IT IS SO ORDERED:**

Dated November 21, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE