```
 1 │ J. Toney
   │ Attorney at Law
 2 │ State Bar No. 43143
 3 │ P.O. Box 1515
   │ Woodland, California 95776
 4 │ (530) 666-1908
   │ yoloconflict@aol.com
 5 │
   │ Attorney for Roe Forsythe
 6 │
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) No. 2:08-CR-176 FCD ) |
| v. | ) STIPULATION AND ORDER ) CONTINUING STATUS CONFERENCE ) |
| ROE FORSYTHE, | ) |
| Defendant. | ) ) |

This matter is now set for status on June 1, 2009. Because the attorney for Mr. Forsythe is concluding a death penalty trial in Woodland CA, two additional weeks is needed to complete negotiations for an anticipated change of plea. Accordingly, the parties request that the status conference be continued to June 15, 2009 with time under the speedy trial act excluded due to counsel preparation, local code T4. SO STIPULATED

Dated May 28, 2009

    S/ WILLIAM S. WONG                    S/ J. TONEY

    William S. Wong                       J. Toney
Assistant U.S. Attorney               Attorney for Defendant

1

1 | **IT IS SO ORDERED.**
2 |
3 | Dated: May 29, 2009
4 | _____
  | FRANK C. DAMRELL, JR.
  | UNITED STATES DISTRICT JUDGE