1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,
13        Plaintiff,                    CR. S-08-00176 FCD
14    vs.                               ORDER FOR RELEASE OF PERSON IN CUSTODY
15 ROE LUND FORSYTHE,
16        Defendant.
17 _____/
18 TO:   UNITED STATES MARSHAL:
19    This is to authorize and direct you to release ROE LUND FORSYTHE, Case No.
20 CR. S-08-00176 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:
21        ___   Release on Personal Recognizance
22        ___   Bail Posted in the Sum of $ [ ]
23              ___  Unsecured Appearance Bond
24              ___  Appearance Bond with 10% Deposit
25              ___  Appearance Bond with Surety
26

  ___ Corporate Surety Bail Bond

   X  (Other) [Defendant shall be released to the probation officer who will transport the defendant to PTLC. The defendant shall remain on supervised release previously ordered on September 8, 2009, with all previously ordered conditions in effect. A Judgment and Commitment Order to issue.

Issued at Sacramento, CA on October 12, 2010 at 10:32 a.m.

Dated: October 12, 2010

*/s/ Frank C. Damrell Jr.*

FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE

FORSYTHE, ROE LUND Order release TSR violation.wpd    2