IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>ROE LUND FORSYTHE,<br><br>   Defendant.<br>_____/ | CR. S-08-00176 FCD<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROE LUND FORSYTHE, Case No. CR. S-08-00176 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

\_\_\_   Release on Personal Recognizance

\_\_\_   Bail Posted in the Sum of $ [ ]

   \_\_\_   Unsecured Appearance Bond

   \_\_\_   Appearance Bond with 10% Deposit

   \_\_\_   Appearance Bond with Surety

1       ___    Corporate Surety Bail Bond

2      _X_    (Other) [Defendant shall be committed to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility, for such a reasonable period of time, not to exceed four (4) months.]

Issued at Sacramento, CA on March 21, 2011 at 10:15 a.m.

Dated: March 21, 2011

_____
FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE

FORSYTHE, ROE LUND Order release TSR violation.wpd    2