IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                    CR S-08-176-FCD

    v.                             ORDER DIRECTING BUREAU OF
                                      PRISONS TO TAKE DEFENDANT
ROE LUND FORSYTHE,                ROE FORSYTHE FORTHWITH INTO
                                      CUSTODY
        Defendant.
_____/

TO:   UNITED STATES BUREAU OF PRISONS:

     This is to authorize and direct you to take ROE LUND FORSYTHE, Case No. CR S-08-176-FCD forthwith into the custody of the Attorney General. The Attorney General has been previously ordered to hospitalize defendant Forsythe for treatment in a suitable facility, for such a reasonable period of time, not to exceed four (4) months.  Mr. Forsythe is currently housed at the Sacramento County Main Jail.

Dated:  April 14, 2011

                                      _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE