BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
WILLIAM S. WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792 (Ms. Spangler)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-176 FCD |
| Plaintiff, | ) | |
| | ) | AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY |
| v. | ) | |
| ROE LUND FORSYTHE, | ) | |
| Defendant. | ) | |

    The United States of America, through Assistant United States Attorney Samantha S. Spangler, has submitted a substitute "Order For Release Of Person In Custody" at the request of the United States Bureau of Prisons.  The request for a substitute Order is Granted.

    At the last hearing, on March 21, 2011, the Court found by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense, pursuant to 18 U.S.C. § 4241(d).  Therefore, the Court issued and now re-issues the following order:

To the United States Marshal:

The purpose of this order is to authorize and direct you to release ROE LUND FORSYTHE, Case No. 2:08-cr-176 FCD, who is facing a charge of 18 U.S.C. § 3606, as follows:

> The defendant shall be committed to the custody of the Attorney General [pursuant to 18 U.S.C. § 4241(d)(1)]. The Attorney General shall hospitalize the defendant for treatment in a suitable facility -
>
>> (1) for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.

The Court notes that, according to a psychological opinion report, the defendant has not taken his mental health medication, prescribed for Bipolar Disorder, since May 27, 2010, when he was released from federal prison. The psychologist recommended that the defendant be admitted to a psychiatric facility, stabilized on medication to decrease his psychotic symptoms, and at a later date that he be re-evaluated for competency. This latter stage of re-evaluating the defendant has not yet been triggered under 18 U.S.C. § 4241(d)(2).

IT IS SO ORDERED.

Dated: April 21, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE