IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:08-cr-0176-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SEALING ORDER |
| | ) | |
| ROE LUND FORSYTHE, | ) | |
| | ) | |
| Defendant. | ) | |

The attached letter dated November 4, 2011, from the Acting Warden of the FMC Butner, to which is appended a "Certification of Restoration of Competency to Stand Trial" and a forensic evaluation, was received today. Since it does not appear that the documents attached to this Order should be filed on the public docket, they shall be filed under seal. No service is required because the parties have already been provided copies of what is sealed.

IT IS SO ORDERED.

Dated: November 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1