FILED

DEC 16 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 2:08-cr-00176 |
| Plaintiff,      ) | |
| v.      ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ROE LUND FORSYTHE,      ) | |
| Defendant.      ) | |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **Roe Lund Forsythe** from custody.

IT IS SO ORDERED.

Date: December 16, 2011

_____
Garland E. Burrell Jr.
UNITED STATES DISTRICT JUDGE

1