IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:08-cr-00176-GEB-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER FOR EXAMINATION</u> |
| | ) | <u>PURSUANT TO TITLE 18 SECTION</u> |
| ROE LUND FORSYTHE, | ) | <u>4241</u> |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

       During the hearing held on September 14, 2012, concerning the petition filed on July 13, 2012 (ECF No. 70), the government's counsel questioned Defendant's competency to proceed in this matter, and opined that Defendant needed to be evaluated for the purpose of determining whether he is competent to proceed. Defendant's counsel acquiesced in the government's motion.

       It became unclear during the hearing whether Defendant understood the proceedings against him and whether he would be able to competently assist in his defense.  Therefore, Defendant shall be evaluated by the Bureau of Prison under 18 U.S.C. §4241(a) to determine whether he suffers from a mental disease or defect which renders him mentally incompetent to understand the nature and consequences of the proceeding against him and to assist properly in his defense.

1

1    　　　　　The examining physicians and/or psychologists are authorized
2    to access all of Defendant's pertinent medical and collateral
3    information, including psychiatric and medical records and psychological
4    testing.
5    　　　　　This order authorizes transporting Defendant forthwith to any
6    federal psychiatric institution designated by the Attorney General for
7    the examinations.
8    　　　　　The Clerk of the Court shall include the United States Marshal
9    and the Federal Bureau of Prisons in the service of this Order. The
10   service on the Federal Bureau of Prisons shall have attached thereto a
11   copy of the Docket #70 and shall be served by email to the following
12   address: gra-dsc/teampapa~@bop.gov.
13   　　　　　IT IS SO ORDERED.
14   Dated:  September 14, 2012

```
                                   _____
                                   GARLAND E. BURRELL, JR.
                                   Senior United States District Judge
```

2