IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:08-cr-00176-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| ROE LUND FORSYTHE, | ) | |
| | ) | |
| Defendant. | ) | |

   The Federal Bureau of Prisons ("BOP") requests in a letter dated October 17, 2012, a fifteen day extension of time to complete the evaluation of Defendant Roe Lund Forsythe to develop its diagnosis and opinion. The BOP also seeks a ruling that Defendant's commitment for the evaluation commence upon his arrival at its facility. The BOP's requested relief is granted.

   A copy of this order has been faxed to the Bureau of Prisons. Further, the BOP's October 17, 2012 letter shall be served on each party and filed under seal.

Dated: October 26, 2012

             _____
             GARLAND E. BURRELL, JR.
             Senior United States District Judge

1