IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )   2:08-cr-00176-GEB-1
          Plaintiff,           )
                               )
     v.                        )   ORDER
                               )
ROE LUND FORSYTHE,             )
                               )
          Defendant.           )
_____)
```

The Warden of the Federal Bureau of Prisons Metropolitan Detention Center emailed the undersigned judge the attached letter dated December 10, 2012, to which is appended a forensic evaluation concerning Mr. Forsythe. The Clerk of the Court shall file the letter and the forensic evaluation under seal. The sealed documents have been transmitted to the parties; therefore, further service is unnecessary.

Dated: December 18, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge