FILED

DEC 21 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )
                              )     2:08-cr-00176-GEB-1
           Plaintiff,         )
                              )
     v.                       )     ORDER
                              )
ROE LUND FORSYTHE,            )
                              )
           Defendant.         )
_____)

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release **Roe Lund Forsythe** from custody.

IT IS SO ORDERED.

Dated: December 21, 2012

_____
GARLAND E. BURRELL, JR.
United States Senior District Judge

file copy

1